IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME F. GUZMAN, | No. C 07-6294 WHA (PR) |
| Plaintiff, | **DISMISSAL WITH LEAVE TO AMEND** |
| v. | |
| COUNTY OF SAN MATEO and CITY OF EAST PALO ALTO POLICE DEPARTMENT, | |
| Defendant. | |

This case was opened when plaintiff wrote a letter to the court which he characterized as his "official filing of a federal civil law suit[]" against the above defendants. He has been granted leave to proceed in forma pauperis.

The letter does not contain the information required by the court's form for Section 1983 lawsuits by prisoners and does not provide the information necessary to allow the Court to conduct the initial screening required by 28 U.S.C. § 1915A(a). The letter, treated as a complaint, therefore is **DISMISSED** with leave to amend to file an amended complaint on the court's form. The clerk shall send plaintiff the court's form packet for prisoner Section 1983 suits with his copy of this order.

**IT IS SO ORDERED.**

Dated: January 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\GUZMAN6294.DWL.wpd