UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JAIME F. GUZMAN,

              Plaintiff,

    v.

COUNTY OF SAN MATEO, et al,

              Defendant.
_____/

Case Number: CV07-06294 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jaime F. Guzman
#1069238
Maguire Correctional Facility
300 Bradford St.
Redwood City, CA 94063

/enclosure

Dated: January 3, 2008

              Richard W. Wieking, Clerk
              By: D. Toland, Deputy Clerk