Feb 4th, 2008

Office of the Clerk, U.S District court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

RE: FBI 99484.NB7  CV07-06294

RECEIVED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB - 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Greetings,

There is enough evidence for the FBI to raid San Mateo County for serious ethical judicial violations. Enough to contact the State Bar of California, the comission on Judicial Performance, and Local Federal elected officials.

Reguros.

Jaime F. Guzman

```
DEPH  00506 10/10/06 14:?:
CLEP  26193 10/10/06 14:3_
 10/10/06  14:38:58 FROM  CTS - FOR UNIT:   4127
IH*
RE: QHY.CA0412700.21074571.MTORRES        DATE:20061010 TIME:14:38:58
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:MTORRES E06-282-7
III CALIFORNIA ONLY SOURCE RECORD
CII/A21074571
DOB/19800214      SEX/M    RAC/HISPANIC
HGT/504  WGT/135  EYE/BRO  HAI/BRO  POB/MX
NAM/01 FRANCO,JAIME GUZMAN
    02 GUZMAN,JAIME
    03 FRANCO,JAIME
    04 GUZMAN,JAIME I
    05 GUZMAN,JAIME FRANCO
    06 GUZMAN FRANCO,JAIME
    07 GUZMANFRANCO,JAIME
FBI/99484NB7
SOC/576788096
MDS/CTZ MM; CTZ MX
OCC/COMPUTER REP; CUSTOMER SERVICE REP; SALES
* * * *
ARR/DET/CITE:         NAM:01   DOB:19800214
19990722  CASO REDWOOD CITY
CNT:01    #419409-1069238
  -BENCH WARRANT
   14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
    WARRANT   #SM293883A
    COM: SCN-11592040004
* * * *
ARR/DET/CITE:         NAM:02   DOB:19800214
20000228  CAPD PALO ALTO
CNT:01    #00506245
  -BOOK/RELEASE
  LARCENY
   COM: XOFF-484-488 PC PETTY THEFT
   COM: ADR-022800 (1220, BEECH ST,,, EAST PALO ALTO, CA
        94303, )
   COM: SCN-91101100065
- - - -
COURT:                NAM:02
20000426  CASC MCPALO ALTO
CNT:01    #BB048631
  484/488 PC-THEFT/PETTY THEFT
  DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE
CNT:02
  SEE COMMENT FOR CHARGE
*DISPO:CONVICTED
   CONV STATUS:INFRACTION
   SEN: 1 YR PROB, , $135 FINE
   COM: CNT 02 CHRG-484-490, 1 PC
   COM: DCN-T1111821580043000397
* * * *
ARR/DET/CITE:         NAM:04   DOB:19800214
20001125  CACB SANTA CLARA CO CORR
CNT:01    #00070994
   14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
   ARR BY:CAPD MOUNTAIN VIEW
```

CASE # C07-6294 WHA (PR)

RECEIVED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

000032

```
    WARRANT   #NM339230A
CNT:02
    -WARRANT
    40508(A) VC-FAIL TO APPEAR:WRITTEN PROMISE
    WARRANT   #B1023973
CNT:03
    -WARRANT
    12500(A) VC-DRIVE W/O LICENSE
    WARRANT   #B1023973
    COM: SCN-J4043380010
- - - -
COURT:                    NAM:06
20041209   CASC SOUTH SAN FRANCISCO
CNT:01     #NM339230A
    14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
*DISPO:CONVICTED
    CONV STATUS:MISDEMEANOR
    SEN: 18 MONTHS PROBATION, 9 DAYS JAIL,
         IMP SEN SS
* * * *
ARR/DET/CITE:            NAM:03    DOB:19800214
20050911   CACB SANTA CLARA CO CORR
CNT:01     #05050119
    12500(A) VC-DRIVE W/O LICENSE
    ARR BY:CAPD MOUNTAIN VIEW
CNT:02
    -CRT ORDER BOOK
    14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
    COM: ADR-20050911 (1220, BEECH ST,,, EAST PALO ALTO,
         CA, 94303)
    COM: SCN-91152540106
*********************************************************
**                                                     **
**   THE ENTRIES PROVIDED BELOW ARE BASED UPON AN ARREST OR COURT    **
**   DISPOSITION REPORT.  THE SUBJECT OF THE ENTRY HAS BEEN IDENTIFIED *
**   WITH THIS RECORD BASED UPON SOFT CRITERIA CONSISTING OF A NAME  **
**   OR NUMBER MATCH.  POSITIVE IDENTIFICATION HAS NOT BEEN MADE     **
**   BECAUSE FINGERPRINTS WERE NOT RECEIVED FOR THE ENTRIES.  USE OF **
**   THIS INFORMATION IS THE RECEIVERS RESPONSIBILITY.               **
**                                                     **
*********************************************************
* * * *
ARR/DET/CITE:            NAM:01
19990125   CAPD MOUNTAIN VIEW
CNT:01     #99004987
    NO ARREST RECEIVED
CNT:02
    -ATTEMPTED
    12500(A) VC-DRIVE W/O LICENSE
- - - -
COURT:                    NAM:01
19990715   CASC MCPALO ALTO
CNT:01     #B9943719
    14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
*DISPO:CONVICTED
    CONV STATUS:MISDEMEANOR
    COM: SEN-X, WORK, $441 FINE
    COM: DCN-T30514520799430011142
       *    *    *    END OF MESSAGE    *    *    *
```

000034

```
   COM: ADR-112500 (1220 BEECH ST,,, EAST PALO ALTO  CA,
        94303, )
   COM: SCN-91103310013
* * * *
ARR/DET/CITE:            NAM:01   DOB:19800214
20040106   CAPD REDWOOD CITY
CNT:01     #R03120199-4113
   -BOOK/RELEASE
   12500(A) VC-DRIVE W/O LICENSE
   CITE     #68591043
CNT:02
   -BOOK/RELEASE
   16028(A) VC-FAIL PROVE FIN RSP:PO REQUEST
   CITE     #68591043
   COM: PHOTO AVAILABLE
   COM: ADR-010604 (1220, BEECH ST,,, EAST PALO ALTO, CA,
        94303, )
   COM: SCN-A3340060007
* * * *
CUSTODY:JAIL             NAM:01
20040729   CASO REDWOOD CITY
CNT:01     #C057494-1069238
   12500(A) VC-DRIVE W/O LICENSE
   SEN: 5 DAYS WORK PROGRAM
   COM: CNT01 NUM- TSM330197A
   COM: SCN-11642120003
* * * *
ARR/DET/CITE:            NAM:02   DOB:19800214
20041129   CACB SANTA CLARA CO CORR
CNT:01-02  #04064065
   40508(A) VC-FAIL TO APPEAR:WRITTEN PROMISE
   ARR BY:CAPD LOS ALTOS
CNT:03
 - 14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
20041202
 DISPO:REL/TOT OTHER JURIS/AUTH
   COM: ISS AGY-CAMCSOUTH SAN FRANCISCO
CNT:04
   21650 VC-FAIL TO DRIVE RIGHT HALF ROAD
CNT:05
   27360.5(B) VC-TRNSPRT CHLD-16 W/OUT RSTRNT
      COM: ADR-20041129 (1220, BEECH ST,,, EAST PALO ALTO,
           CA, 94303)
      COM: SCN-91143350007
- - -
COURT:                   NAM:02
20050912   CASC MCPALO ALTO
CNT:01     #BB411431
   14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
   -WITH PRIOR
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN:, 15 DS JL CC, $460 FINE
   COM: DCN-T60690733105430004 71
* * * *
ARR/DET/CITE:            NAM:06   DOB:19800214
20041202   CASO REDWOOD CITY
CNT:01     #516984-1069238
   -WARRANT
   14601.1(A) VC-DRIVE WHILE LIC SUSPEND/ETC
```

000033

