February 6th, 2007

Clerk, U.S District Court
450 Golden Gate Ave
San Francisco, CA 94102

RE: CV07-06294 WHA

Hello,

    I am again reporting illegal activity in San Mateo County. They could be trying to impersonate me as an FBI agent. What I do know for sure is that on November 26th of 2007, I discussed with my defense council that I wanted a different court appointed defense council. He then insulted me saying if I was sure or if "I needed my momma to come give me a hug."

    While sitting in a small hallway separated from the actual Superior Court Room, deffense attorney discussed some of the details of other inmates' cases in plain sight of other inmates. When I went inside the court room to tell the judge that I will be filling a Marzden motion to get a different court appointed defense council, the hearing was scheduled for some time in January. I had no time to go to the law library to prepare my motion. The next day I got a surprise call for a hearing on my Marzden motion which is an illegal activity. The transcrip of the hearing was sealed and was heard in front of judge

Parsons. They are not following the California Rules of Court.

I now feel that I am likely to need protection from my court appointed defense council.

Regards,

*[signature]*

Jaime F. Guzman

Jaime F. Guzman
I.D #1069238
300 Bradford st
Redwood City, CA 94063

SAN FRANCISCO CA 941
07 FEB 2008 PM 3 L

Office of the Clerk, U.S District
Court, Norther District
450 Golden Gate Ave
San Francisco, CA 94102

94102+3661