Febuary 7th, 2008

Clerk, U.S District Court
450 Golden Gate ave
San Francisco, CA 94102

RE: CV07-06294 WHA

**FILED**
FEB 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Greetings,

    To keep the court up-dated, San Mateo County is now holding me in jail extremely illegally. East Palo Alto Police had innitially arrested me for forcible rape. When they learned that there was no phisical evidence, they sent a patrol officer to handcuff me to a hospital bed at Stanford University Medical Center in Palo Alto California. They had no physical evidence to get a warrent for my arrest. As soon as I was discharged from the hospital, they booked me into the county jail on 9 counts of forcible rape.

    Before the preliminary hearing, my court appointed defense council never explained to me the court procedures. That is precisely what I mentioned to Judge Parsons at the hearing for the Marzden motion which was scheduled for some time in January of 2008. The motion was denied and the transcript was sealed.

    There was also a time period in which the officials of the County jailed reclassifed me as a maximum security inmate.

Their exuse was that "the jail was over crowded", since I never broke any major rule in the jail or committed any crimmes with in the jail. The time period that I was in the hole was in exess of 90 days with only 1 hour of recreation time per day. When I filed a grivience, Classification staff denied reclassification to minimum security. The time period in the hole was from the last days of May of 2007 to the second half of September of 2007. During that time there probably was a Federal Grand Jury that came to the jail. I did not see them in the 3-East floor where most maximum security inmates only get half an hour of recreation time per day.

  Now I am likely to need protection from all the County officials.

          Regards,

          *Jaime F. Guzman*

         Jaime F. Guzman