Michael J. Hroziencik
333 Bradford St suite 270
Redwood City, CA 94063

FILED
FEB 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Greetings,

   Just for my protection, I would like you to be ready with a word on the status of Martin Daniel Ortiz when we meet in court on Febuary 4th of 2007. Please also be ready to tell me who it was that got arrested for theft with Cinthya Veronica Ortiz as a possible witness. Don't forget to get the recordings of the phone calls to the number I mentioned to you if they exist.

   If the forencic psychiatrist is still neglective, please be ready to submit a motion under penal code 995 and to announce it to the judge at the hearing. A memorandum could latter follow up on that. If I new the forensic psychiatrist was going to be off track, I never would have aproved his so called "expertise".

   Having already attempted to persue a Marzden motion, it should be clear to the judge who will hear the argument of the motion that you were not prepared enough for the preliminary hearing and that you were unaware of some issues and did not have a chance to raise these issues of which you were not aware.

Regards,
Jaime F. Guzman

Jaime Huerta
300 Bradford St
Redwood City, CA 94063

RECEIVED
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102