February 12, 2008.

U.S District Court Clerk
450 Golden Gate ave
San Francisco, CA 94102

**FILED**
FEB 19 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RE: Update, CV07-06294 W

**RECEIVED**
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Greetings,

    I now know that my deprivation of due process and equal protection under Constitution Amendant 14 has been violated due to a conflict of interest with in San Mateo County rather then any legitimate interest for the State of California. Due process requirements of law are not for the sole benefit of an accused, they are the best insurance for the goverment itself againts blunders that leave lasting stains on a system of justice. Sokol v Public Utilities Commision. (1966) 65 Cal 2d 381, 58 Cal Rptr 7, 426 P2d 167. Furthermore, Substantive due process prevents governmental power from being used for purposes of oppression, or abuse of government power that shocks the conscience, or action that is legally irrational in that it is not sufficiently keyed to any legitimate state interest.

    I have provided an article from the San Mateo County times for federal judges to draw their own conclussions. In my case, a condition of

CV07- 06294 WHA

Confinement which impinges upon a fundamental interest must be justified under both State and Federal Constitutions by compelling governmental interest which cannot be satisfied by less intrusive means, and now San Mateo County law practices are subjected to strict scrutiny on review.

regards,

*[signature]*

Jaime F. Guzman



VICTOR MACCHAROLI — MediaNews file
**SAN MATEO COUNTY** Deputy Sheriff Richard Broocker walks through a detention camp in La Honda.

CV07-06294 WHA

# Funding for new jail still uncertain

■ Supervisors discuss reopening old facilities as interim measure

**By Shaun Bishop**
MEDIANEWS STAFF

REDWOOD CITY — They don't know how to pay for a new jail, but San Mateo County supervisors indicated Tuesday they probably won't ask the state for any help.

Although county officials originally thought Assembly Bill 900 — state legislation authorizing jail construction funds — could kick in $100 million for the new 500-bed jail, supervisors said they are uncomfortable with "strings" that would be attached to the funds.

For one thing, the state would still own the jail, even if the county runs it. Supervisors worried the state could take back the building at some point, displacing county inmates.

"They're leading us down a path I don't think this county wants to go on," said Supervisor Adrienne Tissier.

Meanwhile, the Board of Supervisors agreed to consider a plan by Sheriff Greg Munks to refurbish and reopen two old jails that would temporarily house prisoners while a new

Please see **JAIL,** News 5



Jaime J. Guzman
[illegible]
390 Bradford St
Redwood City, CA 94063

Office of the Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102