UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAIME F. GUZMAN,

         Plaintiff,

  v.

/ et al,

         Defendant.
_____/

Case Number: CV07-06294 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jaime F. Guzman
#1069238
Maguire Correctional Facility
300 Bradford St.
Redwood City, CA 94063

Dated: February 27, 2008

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk