IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME F. GUZMAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO and CITY OF EAST PALO ALTO POLICE DEPARTMENT,<br><br>Defendant. / | No. C 07-6294 WHA (PR)<br><br>**JUDGMENT** |

The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: February  27 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\GUZMAN6294.JUD.wpd