FILED

MAR - 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME F. GUZMAN,<br>        Plaintiff,<br>v.<br>COUNTY OF SAN MATEO and<br>CITY OF EAST PALO ALTO<br>POLICE DEPARTMENT,<br>        Defendant. | No. C 07-6294 WHA,<br>TO THE ABOVE ENTITLED<br>COURT AND TO THE<br>DISTRICT ATTORNEY<br>OF SAN MATEO COUNTY,<br>CALIFORNIA |

Please take notice that on this day of February 28th of 2008 I, (the plaintiff in the above entitled cause) have moved in an action to discover in a meeting with my court appointed defense counsel Michael J. Hroziencik. In our meeting I discussed with defense counsel their failure to comply with mandated constitutional discovery both prosecution and defense counsel.

Under the U.S Constitution, the prosecution is required to turn over all exculpatory evidence and all evidence relevant to guilt or punishment independently of any demand. Due process requires the disclosure to the

1.

1  defendant of "evidence favorable to an accused" that
2  is "material either to guilt or to punishment." U.S. v
3  Bagley (1985) 473 US 667, 676, 87 L Ed 2d 481, 490,
4  105 S Ct 3375; Brady v Maryland (1963) 373 US 83,
5  87, 10 L Ed 2d 215, 83 S Ct 1194; see Penal Code 1054(e)
6  (discovery required by United States Constitution must
7  occur); Izaza v Superior Court (1991) 54 C3d 356,
8  378, 285 CR 231. Evidence is "favorable" if it either
9  helps the defendant or hurts the prosecution. People v
10 Coddington (2000) 23 C4th 529, 589, 97 CR 2d 528,
11 overruled on other grounds in Price v Superior Court
12 (2001) 25 C4th 1046, 1069, 108 CR 2d 409.
13    On my case defense mentioned he had made
14 one specific request for discovery. If the
15 exculpatory value of information in the prosecution's
16 possession is not readily apparent, "disclosure is
17 required only if the defense makes a specific request
18 for it." In re Steele (2004) 32 C4th 682, 701,
19 10 CR3d 536. Still, the request was made about one
20 year prior to this notice! Case # SF347601A, SCOG3118A.

22  Date: 2/28/2008              Respectfully Submitted,

                                 *signature*

                                 Jaime F. Guzman

2.

Jaime F. Guzman
I.D # 1069238
300 Bradford St
Redwood City, CA 94063

SAN FRANCISCO CA 941
29 FEB 2008 PM 9 L

Office of the Clerk, U.S District Court
Northern District of California
450 Golden Gate ave, Box 36060
San Francisco, CA 94102

94102+3432