4/15/2008

Clerk of the U.S District Court
450 Golden Gate Ave
San Francisco, CA 94102



FILED
RECEIVED

APR 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear clerk,

    I would like to know how wide the scope of 42 U.S.C section 1983 is so that I know for sure if a possible civil rights claim will succeed against my court appointed defense counsel for prejudicially failing to timely bring me to trial violating my 17th Amendment constitutional right to due process of law.

    To be better informed, please also provide information on 28 U.S.C section 1915A(a) so I can proceed Pro Se. The law library here does not have and will not provide me information on federal cases. There should be a forma pauperis on file that I provided for C07-6294 WHA but I still need a complaint form to start another process if I have a valid claim.

    Your help is greatly appreciated!

Regards,

Jaime Franco Guzman
I.D 1069238

Jaime Franco Guzmán
I.D. 1269138
300 Bradford St
Redwood City, CA 94063

SAN FRANCISCO CA 941
16 APR 2008 PM 3 L

Clerk of the U.S District Court
450 Golden Gate Ave, Box 36060
San Francisco, CA 94102

94102+34032